```
MELISSA SUSAN SIMMONS           CHASE                           JACKSON COUNTY ANESTHE
ANDREW GARRETT SIMMONS          P.O. BOX 15298                  P.O. BOX 3387
10626 SHORECREST RD             WILMINGTON, DE 19850            OAKS, PA 19456
BILOXI, MS 39532


THOMAS C. ROLLINS, JR.          CITIBANK                        JPMCB
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY DEPT           MAILCODE LA4-7100
P.O. BOX 13767                  P.O.BOX 790046                  700 KANSAS LANE
JACKSON, MS 39236               ST. LOUIS, MO 63179             MONROE, LA 71203


AFFIRM                          CITIBANK                        KEESLER FCU
650 CALIFORNIA ST               CITICORP CR SRVS                ATTN: BANKRUPTCY DEPT
SAN FRANCISCO, CA 94108         PO BOX 790046                   2602 PASS RD
                                ST LOUIS, MO 63179              P.O.BOX 7001
                                                                BILOXI, MS 39531


ALPHACARE URGENT CARE           CONSUMER PORTFOLIO SER          LVNV FUNDING
P.O. BOX 14000                  P.O. BOX 57071                  PO BOX 10497
BELFAST, ME 04915               IRVINE, CA 92619-7071           GREENVILLE, SC 29603


BANK PLUS                       FORD MOTOR CREDIT               MIDLAND CREDIT MANAGEM
1068 HIGHLAND COLONY P          PO BOX 790093                   PO BOX 2000
RIDGELAND, MS 39157             SAINT LOUIS, MO 63179           WARREN, MI 48090


BROOKE SIMMONS                  GULF COAST COMM FCU             MRV BANKS
146 FRANCIS BURGE RD            ATTN: BANKRUPTCY                2700 S LORRAINE PLACE
CARRIERE, MS 39426              12364 HIGHWAY 49                SIOUX FALLS, SD 57106
                                GULFPORT, MS 39503


CAPITAL ONE                     HENLEY, LOTTERHOS & HE          PNC FINANCIAL SERVICES
ATTN: BANKRUPTCY                PO BOX 389                      ATTN: BANKRUPTCY
P.O. BOX 30285                  JACKSON, MS 39205-0389          300 FIFTH AVE
SALT LAKE CITY, UT 84130                                        PITTSBURGH, PA 15222


CAPITAL ONE                     INTERNAL REVENUE SERVI          REVVI
P.O. BOX 60599                  CENTRALIZED INSOLVENCY          P.O. BOX 85800
CITY OF INDUS, CA 91716-0599    P.O. BOX 7346                   SIOUX FALLS, SD 57118
                                PHILADELPHIA, PA 19101-7346


CHARLES CROWE                   INTERNAL REVENUE SERVI          SINGING RIVER HEALTH
146 FRANCIS BURGE RD            C/O US ATTORNEY                 2101 US-90
CARRIERE, MS 39426              501 EAST COURT ST               GAUTIER, MS 39553
                                STE 4.430
                                JACKSON, MS 39201
```

```
SMITH ROUCHON
1456 ELLIS AVE.
JACKSON, MS 39204


SOFI LENDING CORP
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005


STND FIN SRV
6201 EPPS MILL RD
CHRISTIANA, TN 37037


SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896


SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232


TOWER LOAN
PO BOX 6555
DIBERVILLE, MS 39540


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


WELLS FARGO
PO BOX 14411
DES MOINES, IA 50306
```