# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Melissa Susan Simmons                     Case No. 25-51618-KMS
           Andrew Garrett Simmons, Debtors              CHAPTER 13

## MOTION TO EXTEND AUTOMATIC STAY

COME NOW Debtors by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1.      That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2.      That on 10/29/2025, Debtors filed the petition for relief under Chapter 13 in the instant cause.

3.      That on or about 4/19/2023 Andrew filed a Chapter 13 proceeding, case number 23-50588, and said case dismissed on 10/24/2025.

4.      That debtors filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5.      That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Melissa Susan Simmons**                          **Case No. 25-51618-KMS**
**Andrew Garrett Simmons, Debtors**                          **CHAPTER 13**

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtors, in support of the Motion to Extend the Automatic Stay, state as follows:

1.  We have personal knowledge of the facts listed in the foregoing situation.

2.  We are over the age of 18, of sound mind, are capable of making this Declaration, and are fully competent to testify to the natters stated herein.

3.  We filed this bankruptcy petition on October 29, 2025.

4.  Andrew previously filed bankruptcy case number 23-50588 under Chapter 13 on 4/19/2023 and that case was dismissed on 10/24/2025

5.  We have had no other pending bankruptcy cases in the preceding one-year period.

6.  We have not had any prior cases dismissed in the past year for any of the following reasons:

    •   Failure to file or amend the petition or other required documents without substantial excuse;
    •   failure to provide adequate protection as ordered by the Court; or
    •   failure to perform the terms of a plan confirmed by the Court.

7.  We have had a substantial change in our financial or personal affairs since the dismissal of the last case, and we believe that this case will result in a confirmed plan that will be fully performed.

8.  Those changes are as follows:

    I, Andrew, changed employment during the prior case and took a pay cut.  It also became needed for my spouse to file with me.  We have steady income now and can afford the plan payment in this case

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>10-29-2025___</u>                          <u>/s/ Melissa Susan Simmons_____</u>
                                                           Melissa Susan Simmons

Executed on: <u>10-29-2025___</u>                          <u>/s/ Andrew Garrett Simmons____</u>
                                                           Andrew Garrett Simmons

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on October 29, 2025, to:

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELISSA SUSAN SIMMONS
ANDREW GARRETT SIMMONS

CASE NO: 25-51618

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 10/29/2025, I did cause a copy of the following documents, described below,

Motion to Extend Stay and Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELISSA SUSAN SIMMONS
ANDREW GARRETT SIMMONS

CASE NO: 25-51618

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/29/2025, a copy of the following documents, described below,

Motion to Extend Stay and Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51618
SOUTHERN DISTRICT OF MISSISSIPPI
WED OCT 29 12-3-48 PST 2025

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501 2036~~

AFFIRM
650 CALIFORNIA ST
SAN FRANCISCO  CA 94108-2716

ALPHACARE URGENT CARE
PO BOX 14000
BELFAST  ME 04915-4033

BANK PLUS
1068 HIGHLAND COLONY P
RIDGELAND  MS 39157-8807

BROOKE SIMMONS
146 FRANCIS BURGE RD
CARRIERE  MS 39426-8634

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 60599
CITY OF INDUS  CA 91716-0599

CHARLES CROWE
146 FRANCIS BURGE RD
CARRIERE  MS 39426-8634

CHASE
PO BOX 15298
WILMINGTON  DE 19850-5298

CITIBANK
ATTN BANKRUPTCY DEPT
POBOX 790046
ST LOUIS  MO 63179-0046

CITIBANK
CITICORP CR SRVS
PO BOX 790046
ST LOUIS  MO 63179-0046

CONSUMER PORTFOLIO SER
PO BOX 57071
IRVINE  CA 92619-7071

FORD MOTOR CREDIT
PO BOX 790093
SAINT LOUIS  MO 63179-0093

GULF COAST COMM FCU
ATTN BANKRUPTCY
12364 HIGHWAY 49
GULFPORT  MS 39503-2741

HENLEY  LOTTERHOS  HE
PO BOX 389
JACKSON  MS 39205-0389

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JACKSON COUNTY ANESTHE
PO BOX 3387
OAKS  PA 19456

JPMCB
MAILCODE LA47100
700 KANSAS LANE
MONROE  LA 71203-4774

KEESLER FCU
ATTN BANKRUPTCY DEPT
2602 PASS RD
POBOX 7001
BILOXI  MS 39534-7001

LVNV FUNDING
PO BOX 10497
GREENVILLE  SC 29603-0497

MRV BANKS
2700 S LORRAINE PLACE
SIOUX FALLS  SD 57106-3657

MIDLAND CREDIT MANAGEM
PO BOX 2000
WARREN  MI 48090-2000

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

(P)MRV BANKS
871 STE GENEVIEVE DR
STE GENEVIEVE MO 63670-1406

SINGING RIVER HEALTH
2101 US90
GAUTIER  MS 39553

SMITH ROUCHON
1456 ELLIS AVE
JACKSON  MS 39204-2204

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

STND FIN SRV
6201 EPPS MILL RD
CHRISTIANA  TN 37037-5678

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO  FL 32896-5064

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

EXCLUDE

TOWER LOAN
PO BOX 6555
DIBERVILLE  MS 39540-6555

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

WELLS FARGO
PO BOX 14411
DES MOINES  IA 50306-3411

ANDREW GARRETT SIMMONS
10626 SHORECREST RD
BILOXI  MS 39532-8112

MELISSA SUSAN SIMMONS
10626 SHORECREST RD
BILOXI  MS 39532-8112

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749