United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51618-KMS
Melissa Susan Simmons  Chapter 13
Andrew Garrett Simmons
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Oct 29, 2025      Form ID: hn006kms      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa Susan Simmons, Andrew Garrett Simmons, 10626 Shorecrest Rd, Biloxi, MS 39532-8112 |
| 5582264 | + | Alphacare Urgent Care, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5582266 | + | Brooke Simmons, 146 Francis Burge Rd, Carriere, MS 39426-8634 |
| 5582269 | + | Charles Crowe, 146 Francis Burge Rd, Carriere, MS 39426-8634 |
| 5582279 | | Jackson County Anesthe, P.O. Box 3387, Oaks, PA 19456 |
| 5582287 | | Singing River Health, 2101 US-90, Gautier, MS 39553 |
| 5582290 | + | Stnd Fin Srv, 6201 Epps Mill Rd, Christiana, TN 37037-5678 |
| 5582294 | + | Tower Loan, PO Box 6555, Diberville, MS 39540-6555 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5582263 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 29 2025 19:38:09 | Affirm, 650 California St, San Francisco, CA 94108-2716 |
| 5582265 | + | Email/Text: znotice@bankplus.net | Oct 29 2025 19:30:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5582267 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 19:38:04 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5582268 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 19:38:08 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5582270 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 29 2025 19:38:08 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 5582271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 19:38:09 | Citibank, Attn: Bankruptcy Dept, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5582272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 19:38:00 | Citibank, Citicorp Cr Srvs, Po Box 790046, St Louis, MO 63179-0046 |
| 5582273 | | Email/Text: bankruptcy@consumerportfolio.com | Oct 29 2025 19:30:00 | Consumer Portfolio Ser, P.O. Box 57071, Irvine, CA 92619-7071 |
| 5582274 | + | Email/Text: EBNBKNOT@ford.com | Oct 29 2025 19:30:00 | Ford Motor Credit, PO Box 790093, Saint Louis, MO 63179-0093 |
| 5582275 | + | Email/Text: msd@gcc-fcu.com | Oct 29 2025 19:30:00 | Gulf Coast Comm FCU, Attn: Bankruptcy, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5582276 | ^ | MEBN | Oct 29 2025 19:28:31 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5582278 | + | Email/Text: ebone.woods@usdoj.gov | Oct 29 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5582277 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: hn006kms | Total Noticed: 35 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Oct 29 2025 19:30:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5582280 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 29 2025 19:38:04 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5582281 | + | Email/Text: melissa.martin@kfcu.org | Oct 29 2025 19:30:00 | Keesler FCU, Attn: Bankruptcy Dept, 2602 Pass Rd, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5582282 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 19:38:00 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 5582289 | | Email/Text: EBN@Mohela.com | Oct 29 2025 19:30:00 | Sofi Lending Corp, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5582286 | | Email/Text: cscommunications@mrvbanks.com | Oct 29 2025 19:30:00 | Revvi, P.O. Box 85800, Sioux Falls, SD 57118 |
| 5582284 | + | Email/Text: famc-bk@1stassociates.com | Oct 29 2025 19:30:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5582283 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 19:30:00 | Midland Credit Managem, PO Box 2000, Warren, MI 48090-2000 |
| 5582285 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2025 19:30:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 5582288 | + | Email/Text: Tracey@sra-inc.net | Oct 29 2025 19:30:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5582291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2025 19:38:00 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5582292 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2025 19:38:08 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5582293 | | Email/Text: bankruptcy@towerloan.com | Oct 29 2025 19:30:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5582295 | ^ | MEBN | Oct 29 2025 19:28:26 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5582296 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 29 2025 19:49:46 | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025           Signature:         /s/Gustava Winters

District/off: 0538-6     User: mssbad     Page 3 of 3
Date Rcvd: Oct 29, 2025     Form ID: hn006kms     Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Andrew Garrett Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Melissa Susan Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form hn006kms (Rev. 10/18)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **Melissa Susan Simmons**
    **Andrew Garrett Simmons**

    **DEBTORS.**

**CASE NO. 25−51618−KMS**

**CHAPTER 13**

**NOTICE OF HEARING AND DEADLINES**

    The Debtors have filed a Motion to Extend Automatic Stay (the "Motion") (Dkt. #9) with the Court in the above−styled case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on November 20, 2025, at 10:30 AM in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before November 18, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a hearing.

Dated: 10/29/25

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX