_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **MELISSA SUSAN & ANDREW GARRETT SIMMONS** | **CASE NO. 25-51618-KMS** |

**ORDER RELEASING EARNINGS OF DEBTOR**
**MELISSA SUSAN SIMMONS (SSN # XXX-XX-5346)**

THE ORDER **(Dkt. 13)** heretofore entered in these proceedings by which the debtor's employer:

> **HANCOCK WHITNEY**
> **P O BOX 4019**
> **GULFPORT, MS 39502**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##