United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51618-KMS
Melissa Susan Simmons  Chapter 13
Andrew Garrett Simmons
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Nov 04, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa Susan Simmons, Andrew Garrett Simmons, 10626 Shorecrest Rd, Biloxi, MS 39532-8112 |
|  | + | John Fayard Trucking, 10323 Express Dr., Gulfport, MS 39503-4611 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Andrew Garrett Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Melissa Susan Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Nov 04, 2025 | Form ID: pdf012 | Total Noticed: 2 |

wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 4

_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE:                                                                                              CHAPTER 13

**MELISSA SUSAN & ANDREW GARRETT SIMMONS**                    Case No. 25-51618-KMS

**ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES OF**
**DEBTOR, ANDREW GARRETT SIMMONS (SSN #XXX-XX-3360)**

  IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**John Fayard Trucking**
**10323 Express Dr**
**Gulfport, MS 39503**

is directed to deduct from Debtor's wages the sum of **$2,553.00 MONTHLY, BEGINNING IMMEDIATELY.**

**\*\*\*THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY)\*\*\***

The deducted funds are to be paid to Debtor(s) Case Trustee:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

**\*Please notate the Debtor's name and case number on the payment to the Trustee.\***
The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor(s)

**##END OF ORDER##**