**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

**IN RE:**

| | |
|---|---|
| **MELISSA SUSAN SIMMONS** | **CASE NO. 25-51618-KMS** |
| **ANDREW GARRETT SIMMONS** | **CHAPTER 13** |
|     Debtors. | |

**OBJECTION TO CONFIRMATION**

**COMES NOW**, Consumer Portfolio Services, Inc., by and through its attorneys, McPhail Sanchez, LLC, and objects to confirmation of the Debtors' proposed Plan and in support thereof states as follows:

1. On July 9, 2024, Andrew Simmons ("Debtor") executed a Retail Installment Sale Contract ("Contract") with Direct Auto, simultaneously assigned to Consumer Portfolio Services, Inc. ("Creditor"), for the purchase of a 2013 Honda Civic, VIN: 19XFB2F58DE057417 ("Vehicle"). A true and correct copy of the Contract and the Certificate of Title evidencing the lien on the Vehicle is attached hereto as Exhibit "A."

2. The Debtor and co-filing spouse, Melissa Susan Simmons (jointly "Debtors") filed the instant bankruptcy case on October 29, 2025 giving rise to the underlying action.

3. On October 31, 2025, the Creditor filed its proof of claim, secured by the Vehicle, in the amount of $14,045.81 ("Claim No. 1").

4. The Creditor objects to the value of the Vehicle proposed in the Plan. The Plan proposes to pay the Creditor's claim at a value of $11,767.00 but, as evidenced by Claim No. 1, the payoff on the Vehicle is $14,045.81.

5. The Plan impermissibly attempts to bifurcate and cram down the secured claim of the Creditor in violation of 11 U.S.C. §§ 1325(a)(5) and 506. The Creditor has a purchase

1

2

money security interest in the Vehicle. The Debtor entered into the Contract for the purchase of the Vehicle on July 9, 2024, within 910 days of the date of filing of Debtors' bankruptcy petition on October 29, 2025.  Therefore, the claim of the Creditor is not due to be bifurcated.

**WHEREFORE**, Consumer Portfolio Services, Inc., prays for an Order denying confirmation along with such further relief as the Court may deem proper.

Respectfully Submitted this, the 11th day of November, 2025.

/s/ Kent D. McPhail
Kent D. McPhail
MS Bar No. 2800
Attorney for the Creditor
P.O. Box 870
Mobile, Alabama 36601
(251) 438-2333
kent@mslawyers.law

## CERTIFICATE OF SERVICE

   I, Kent D. McPhail, do hereby certify that I have this  <u>11th</u>  day of November, 2025 served a copy of the above and foregoing Objection to Confirmation to the following parties by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
*Debtors*
Melissa Susan Simmons
Andrew Garrett Simmons
10626 Shorecrest Road
Biloxi, Mississippi 39532

ECF FILING NOTIFICATION
*Attorney for Debtors*
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, Mississippi 39326
trollins@therollinsfirm.com

ECF FILING NOTIFICATION
*Chapter 13 Trustee*
Warren A. Cuntz, Jr.
P.O. Box 3749
Gulfport, Mississippi 39505-3749
wcuntzcourt@gport.com

**ECF FILING NOTIFICATION**
*United States Trustee*
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Ustpregion05.ab.ecf@usdoj.gov

                /s/ Kent D. McPhail
                Kent D. McPhail