MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: Melissa Susan Simmons  
Andrew Garrett Simmons  
*Debtor(s)*

Case No.: 25-51618-KMS

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **Consumer Portfolio Services, Inc.**, a

[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 11/11/2025

/s/ Kent D. McPhail  
Attorney Signature

Kent D. McPhail  
Attorney Name

2800  
State Bar Number

P O Box 870  
Address

Mobile  AL 36601  
City, State, and Zip Code

251-438-2333  
Telephone Number

kent@mslawyers.law  
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**