# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51618   **Case Name:** Melissa Susan Simmons and Andrew Garrett Simmons

**Set:** 11/20/2025 10:30 am   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Motion to Extend Automatic Stay Filed by Joint Debtor Andrew Garrett Simmons, Debtor Melissa Susan Simmons (Attachments: # 1 Proposed Order)  (Dkt. #9)

---

Minute Entry Re: (related document(s): [9] Motion to Extend Automatic Stay filed by Andrew Garrett Simmons, Melissa Susan Simmons) A no response order has been submitted by Rollins. CA to pull order. Tickle for date: 11/27/2025. Hearing removed. (mcc)