United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51618-KMS
Melissa Susan Simmons     Chapter 13
Andrew Garrett Simmons
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 4
Date Rcvd: Nov 19, 2025     Form ID: pdf012     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa Susan Simmons, Andrew Garrett Simmons, 10626 Shorecrest Rd, Biloxi, MS 39532-8112 |
| 5582264 | + | Alphacare Urgent Care, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5582266 | + | Brooke Simmons, 146 Francis Burge Rd, Carriere, MS 39426-8634 |
| 5582269 | + | Charles Crowe, 146 Francis Burge Rd, Carriere, MS 39426-8634 |
| 5584957 | + | Ford Motor Credit Company LLC C/O, Henley, Lotterhos & Henley, PLLC, P.O. Box 389, Jackson, MS 39205-0389 |
| 5582279 | | Jackson County Anesthe, P.O. Box 3387, Oaks, PA 19456 |
| 5582287 | | Singing River Health, 2101 US-90, Gautier, MS 39553 |
| 5589146 | + | Standard Financial Services, P.O. Box 1599, Murfreesboro TN 37133-1599 |
| 5582290 | + | Stnd Fin Srv, 6201 Epps Mill Rd, Christiana, TN 37037-5678 |
| 5582294 | + | Tower Loan, PO Box 6555, Diberville, MS 39540-6555 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Nov 19 2025 19:36:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 19 2025 19:36:00 | Wells Fargo Bank, N.A., c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5582263 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 19 2025 19:45:54 | Affirm, 650 California St, San Francisco, CA 94108-2716 |
| 5582265 | + | Email/Text: znotice@bankplus.net | Nov 19 2025 19:37:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5585957 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 19 2025 19:36:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5582267 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2025 19:45:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5582268 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2025 19:45:50 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5589287 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 19 2025 19:35:36 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5582270 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 19 2025 19:35:16 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 5582271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2025 19:45:52 | Citibank, Attn: Bankruptcy Dept, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5582272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2025 19:45:57 | Citibank, Citicorp Cr Srvs, Po Box 790046, St Louis, MO 63179-0046 |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: pdf012 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 5582273 | | Email/Text: bankruptcy@consumerportfolio.com | | |
| | | | Nov 19 2025 19:36:00 | Consumer Portfolio Ser, P.O. Box 57071, Irvine, CA 92619-7071 |
| 5582274 | + | Email/Text: EBNBKNOT@ford.com | | |
| | | | Nov 19 2025 19:37:00 | Ford Motor Credit, PO Box 790093, Saint Louis, MO 63179-0093 |
| 5582275 | + | Email/Text: msd@gcc-fcu.com | | |
| | | | Nov 19 2025 19:37:00 | Gulf Coast Comm FCU, Attn: Bankruptcy, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5585904 | + | Email/Text: msd@gcc-fcu.com | | |
| | | | Nov 19 2025 19:37:00 | Gulf Coast Community Federal Credit Union, 12364 Hwy 49, Gulfport, MS 39503-2741 |
| 5582276 | ^ | MEBN | | |
| | | | Nov 19 2025 19:34:21 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5582278 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | Nov 19 2025 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5582277 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 19 2025 19:36:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5582280 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Nov 19 2025 19:45:54 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5589564 | + | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | | Nov 19 2025 19:36:00 | Karen A. Maxcy, Esq., For Wells Fargo Bank, N.A., McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5582281 | + | Email/Text: melissa.martin@kfcu.org | | |
| | | | Nov 19 2025 19:36:00 | Keesler FCU, Attn: Bankruptcy Dept, 2602 Pass Rd, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5585748 | + | Email/Text: melissa.martin@kfcu.org | | |
| | | | Nov 19 2025 19:36:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5582282 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 19 2025 19:45:51 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 5589366 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 19 2025 19:45:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582289 | | Email/Text: EBN@Mohela.com | | |
| | | | Nov 19 2025 19:36:00 | Sofi Lending Corp, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5582286 | | Email/Text: cscommunications@mrvbanks.com | | |
| | | | Nov 19 2025 19:36:00 | Revvi, P.O. Box 85800, Sioux Falls, SD 57118 |
| 5582284 | + | Email/Text: famc-bk@1stassociates.com | | |
| | | | Nov 19 2025 19:36:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5582283 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Nov 19 2025 19:36:00 | Midland Credit Managem, PO Box 2000, Warren, MI 48090-2000 |
| 5582285 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 19 2025 19:36:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 5586097 | + | Email/Text: wrs@byrdwiser.com | | |
| | | | Nov 19 2025 19:36:00 | Robert Alan Byrd, Esq., Byrd & Wiser, For Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5591468 | ^ | MEBN | | |
| | | | Nov 19 2025 19:34:14 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5582288 | + | Email/Text: Tracey@sra-inc.net | | |
| | | | Nov 19 2025 19:36:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5589290 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 19 2025 19:45:51 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 19 2025 19:35:16 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5582292 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 19 2025 19:45:50 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: pdf012 | Total Noticed: 48 |

| 5582293 | | Email/Text: bankruptcy@towerloan.com | Nov 19 2025 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
|---|---|---|---|---|
| 5582295 | ^ | MEBN | Nov 19 2025 19:34:09 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5582296 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 19 2025 19:45:57 | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Consumer Portfolio Services, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:

**Name** — **Email Address**

Karen A. Maxcy
 on behalf of Creditor Wells Fargo Bank  N.A. karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Kent D. McPhail
 on behalf of Creditor Consumer Portfolio Services  Inc. bankruptcynotices@mslawyers.law, KentMcPhailAssociatesLLC@jubileebk.net

Robert Alan Byrd
 on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
 on behalf of Joint Debtor Andrew Garrett Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
 on behalf of Debtor Melissa Susan Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
 USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
 wcuntzcourt@gport13.com  waccourt1@gmail.com

District/off: 0538-6　　　　　　　　　　　　　　User: mssbad　　　　　　　　　　　　　　Page 4 of 4
Date Rcvd: Nov 19, 2025　　　　　　　　　　　Form ID: pdf012　　　　　　　　　　　　Total Noticed: 48
TOTAL: 7

_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: November 19, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Melissa Susan Simmons | Case No. 25-51618-KMS |
|            Andrew Garrett Simmons, Debtors | CHAPTER 13 |

### ORDER ON MOTION TO EXTEND AUTOMATIC STAY

ON THIS DATE the Court considered the Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. # 9 ) filed by the Debtors and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. # 10) The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Motion filed by the Debtors is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR