IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE   MELISSA SUSAN SIMMONS and          CHAPTER 13
         ANDREW GARRETT SIMMONS            Case No. 25-51618-KMS

**TRUSTEE'S MOTION TO DISMISS DEBTOR, ANDREW GARRETT SIMMONS**

COMES NOW the Chapter 13 Trustee, by and through undersigned counsel, and files this Motion to Dismiss Debtor, Andrew Garrett Simmons, and in support hereof, would show unto this Honorable Court the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b).

**2.**

The Debtors filed for relief under Chapter 13 on October 29th, 2025.  Debtors' §341 was held December 5th, 2025.

**3.**

On November 26th, 2025, the Internal Revenue Service filed proof of claim no. 16-1. The claim reflects unfiled 2023 and 2024 federal income tax returns for Debtor, Andrew Garrett Simmons.

**4.**

Based upon the foregoing, the Trustee moves to dismiss Debtor, Andrew Garrett Simmons from this Chapter 13 case in accordance with 11 U.S.C. §1307(e).

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Motion to Dismiss be received and filed and that an order be entered dismissing Andrew Garrett Simmons from the instant Chapter 13 case, and prays for such other, further, and general relief to which the Trustee may be entitled.

DATED, this the  19th   day of   December   2025.

Respectfully submitted,

s/ _____
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

1

## **CERTIFICATE OF SERVICE**

      I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Motion to Dismiss to:

David Asbach, Esq., United States Trustee        USTPRegion05.JA.ECF@usdoj.gov

T.C Rollins, Esq., Attorney for Debtors        trollins@therollinsfirm.com

      DATED this the __19th__ day of __December__ 2025.

/s/ _____
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

2