# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51618  **Case Name:** Melissa Susan Simmons and Andrew Garrett Simmons

**Set:** 01/08/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Consumer Portfolio Services, Inc. (Dkt. #24) - RESET TO 2/12/26 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [12] Confirmation Hearing) The Objection filed by Consumer Portfolio Services, Inc. (Dkt. #24) is reset to 2/12/26. Confirmation hearing removed. (srw)