

SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
Date Signed: January 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**MELISSA SUSAN SIMMONS**                                          CASE NO. 25-51618-KMS
**ANDREW GARRETT SIMMONS,**

**DEBTORS.**                                                                            CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation filed by Consumer Portfolio Services, Inc. (the "Objection") (Dkt. #24) and the Court having considered the facts herein, finds that the hearing on January 8, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for February 12, 2026, at 10:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841