# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51618  **Case Name:** Melissa Susan Simmons and Andrew Garrett Simmons

**Set:** 01/08/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter:** Motion to Dismiss Debtor Andrew Garrett Simmons for failure to file 2023 and 2024 federal income tax returns Filed by Trustee Warren A. Cuntz T1 Jr. (Dkt. #34)

Response filed by the Debtors (Dkt. #37) - DUNNAWAY TO SUBMIT AGREED ORDER; EMAIL RECEIVED FROM DUNNAWAY

Minute Entry Re: (related document(s): [34] Motion to Dismiss Debtor filed by Warren A. Cuntz T1) Dunnaway to submit an Agreed Order due by 01/22/2026. Email received from Dunnaway. Hearing removed. (srw)