# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51618  **Case Name:** Melissa Susan Simmons and Andrew Garrett Simmons
**Set:** 02/12/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Objection to Confirmation of Plan Filed by Creditor Consumer Portfolio Services, Inc. (RE: related document(s)2 Chapter 13 Plan). (Attachments: # 1 Exhibit A) (Dkt. #24)

Minute Entry Re: (related document(s): [24] Objection to Confirmation of the Plan filed by Consumer Portfolio Services, Inc.) McPhail to submit an Agreed Order. Order due by 02/26/2026. Called in by McPhail's office. (mcc)