_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 13, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

In Re:

MELISSA SUSAN SIMMONS                                    CASE NO. 25-51618-KMS
ANDREW GARRETT SIMMONS
    Debtors.                                             CHAPTER 13

### AGREED ORDER ON CREDITOR'S OBJECTION TO CONFIRMATION, DOC NO. 24

This matter having come before the Court on Creditor's, Consumer Portfolio Services, Inc., (hereinafter "CPS"), Objection to Confirmation, Doc No. 24, and the parties having advised the Court that an agreement was reached prior to the hearing on February 12, 2026;

It is therefore Ordered that the secured claim #1 of CPS, shall be paid inside the Chapter 13 Plan as a secured claim in the amount of $14,045.81 at 10% interest.

##END OF ORDER##

ORDER CONSENTED TO BY:

/s/ Kent D. McPhail
Kent D. McPhail (MS Bar 2800)
Attorney for Creditor
McPhail Sanchez, LLC
P O Box 870
Mobile AL 36601
(251) 438-2333
kent@mslawyers.law


/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr (MS Bar 103469)
Attorney for Debtors
The Rollins Law Firm, PLLC
P O Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

/s/ Phillip Brent Dunnaway
Phillip Brent Dunnaway
Attorney for Chapter 13 Trustee
P O Box 3749
Gulfport, MS 39505
(228) 831-9531
pdunnaway@gport13.com


/s/ Kent D. McPhail
Order submitted by Kent D. McPhail
P O Box 870, Mobile AL 36601
126 Government St, Mobile AL 36602
(251) 438-2333
kent@mslawyers.law