United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51618-KMS
Melissa Susan Simmons  Chapter 13
Andrew Garrett Simmons
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 4
Date Rcvd: Mar 02, 2026    Form ID: n031    Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melissa Susan Simmons, Andrew Garrett Simmons, 10626 Shorecrest Rd, Biloxi, MS 39532-8112 |
| 5582264 | + | Alphacare Urgent Care, P.O. Box 14000, Belfast, ME 04915-4033 |
| 5582266 | + | Brooke Simmons, 146 Francis Burge Rd, Carriere, MS 39426-8634 |
| 5582269 | + | Charles Crowe, 146 Francis Burge Rd, Carriere, MS 39426-8634 |
| 5584957 | + | Ford Motor Credit Company LLC C/O, Henley, Lotterhos & Henley, PLLC, P.O. Box 389, Jackson, MS 39205-0389 |
| 5582279 | | Jackson County Anesthe, P.O. Box 3387, Oaks, PA 19456 |
| 5582287 | | Singing River Health, 2101 US-90, Gautier, MS 39553 |
| 5589146 | + | Standard Financial Services, P.O. Box 1599, Murfreesboro TN 37133-1599 |
| 5582290 | + | Stnd Fin Srv, 6201 Epps Mill Rd, Christiana, TN 37037-5678 |
| 5582294 | + | Tower Loan, PO Box 6555, Diberville, MS 39540-6555 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Mar 02 2026 19:53:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 02 2026 19:53:00 | Wells Fargo Bank, N.A., c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5582263 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 02 2026 19:59:45 | Affirm, 650 California St, San Francisco, CA 94108-2716 |
| 5601104 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 19:59:41 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582265 | + | Email/Text: znotice@bankplus.net | Mar 02 2026 19:53:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5585957 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 02 2026 19:53:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5582267 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2026 19:59:40 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5582268 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2026 19:59:40 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5589287 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2026 19:59:44 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5582270 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2026 19:49:19 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 5582271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 19:59:45 | Citibank, Attn: Bankruptcy Dept, P.O.Box 790046, St. Louis, MO 63179-0046 |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: n031 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 5582272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2026 19:59:42 | Citibank, Citicorp Cr Srvs, Po Box 790046, St Louis, MO 63179-0046 |
| 5582273 | | Email/Text: bankruptcy@consumerportfolio.com | Mar 02 2026 19:53:00 | Consumer Portfolio Ser, P.O. Box 57071, Irvine, CA 92619-7071 |
| 5582274 | + | Email/Text: EBNBKNOT@ford.com | Mar 02 2026 19:53:00 | Ford Motor Credit, PO Box 790093, Saint Louis, MO 63179-0093 |
| 5582275 | + | Email/Text: msd@gcc-fcu.com | Mar 02 2026 19:53:00 | Gulf Coast Comm FCU, Attn: Bankruptcy, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5585904 | + | Email/Text: msd@gcc-fcu.com | Mar 02 2026 19:53:00 | Gulf Coast Community Federal Credit Union, 12364 Hwy 49, Gulfport, MS 39503-2741 |
| 5582276 | ^ | MEBN | Mar 02 2026 19:48:07 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5582278 | + | Email/Text: ebone.woods@usdoj.gov | Mar 02 2026 19:53:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5582277 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2026 19:53:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5599228 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2026 19:53:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5599230 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2026 19:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5593606 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 02 2026 19:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5582280 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 02 2026 19:59:40 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5589564 | + | Email/Text: BankruptcyECFMail@mccalla.com | Mar 02 2026 19:53:00 | Karen A. Maxcy, Esq., For Wells Fargo Bank, N.A., McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5582281 | + | Email/Text: melissa.martin@kfcu.org | Mar 02 2026 19:53:00 | Keesler FCU, Attn: Bankruptcy Dept, 2602 Pass Rd, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5585748 | + | Email/Text: melissa.martin@kfcu.org | Mar 02 2026 19:53:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5582282 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 19:59:38 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 5602836 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 19:59:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5589366 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 19:59:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582289 | | Email/Text: EBN@Mohela.com | Mar 02 2026 19:53:00 | Sofi Lending Corp, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5582286 | | Email/Text: connectcommunications@mrvbanks.com | Mar 02 2026 19:53:00 | Revvi, P.O. Box 85800, Sioux Falls, SD 57118 |
| 5582284 | + | Email/Text: famc-bk@1stassociates.com | Mar 02 2026 19:53:00 | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 5582283 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2026 19:53:00 | Midland Credit Managem, PO Box 2000, Warren, MI 48090-2000 |
| 5607704 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2026 19:53:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101 |
| 5582285 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2026 19:53:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 5595037 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2026 19:53:00 | Premier Bankcard, LLC, Jefferson Capital |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: n031 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | | Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5586097 | + | Email/Text: wrs@byrdwiser.com | Mar 02 2026 19:53:00 | Robert Alan Byrd, Esq., Byrd & Wiser, For Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5591468 | ^ | MEBN | Mar 02 2026 19:48:10 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5582288 | + | Email/Text: Tracey@sra-inc.net | Mar 02 2026 19:53:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5589290 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 19:59:41 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 02 2026 19:59:36 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5582292 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 02 2026 19:49:19 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5582293 | | Email/Text: bankruptcy@towerloan.com | Mar 02 2026 19:53:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5608310 | + | Email/Text: bankruptcy@towerloan.com | Mar 02 2026 19:53:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5582295 | ^ | MEBN | Mar 02 2026 19:47:53 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5582296 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Mar 02 2026 19:59:44 | Wells Fargo, PO Box 14411, Des Moines, IA 50306-3411 |
| 5596949 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Mar 02 2026 19:59:44 | Wells Fargo Bank, N.A., MAC N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis MN 55440-1629 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Consumer Portfolio Services, Inc. |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2026        Signature:        /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: n031 | Total Noticed: 57 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor Wells Fargo Bank N.A. karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Kent D. McPhail | on behalf of Creditor Consumer Portfolio Services Inc. bankruptcynotices@mslawyers.law, KentMcPhailAssociatesLLC@jubileebk.net |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Andrew Garrett Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Melissa Susan Simmons trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 8

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51618−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Melissa Susan Simmons<br>aka Melissa S Simmons<br>10626 Shorecrest Rd<br>Biloxi, MS 39532 | Andrew Garrett Simmons<br>aka Andrew Garrette Simmons<br>10626 Shorecrest Rd<br>Biloxi, MS 39532 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on March 2, 2026 (Dkt. # 55 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: March 2, 2026                                      Danny L. Miller, Clerk of Court