B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  Melissa Simmons  And Andrew Simmons      ,                    Case No.  25-51618

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

|  Jefferson Capital Systems LLC  | Consumer Portfolio Services |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Jefferson Capital Systems, LLC
 PO Box 7999
 St. Cloud , MN 56302-9617

Phone:  888-836-6853
Last Four Digits of Acct #:      7417

Court Claim # (if known):      1
Amount of Claim:      14045.81
Date Claim Filed:      10/31/2025

Phone:  949-753-6800
Last Four Digits of Acct. #:     7417

Name and Address where transferee payments should be sent (if different from above):
 Jefferson Capital Systems, LLC
 PO Box 772813
 Chicago , IL 60677-2813
Phone:  888-836-6853
Last Four Digits of Acct #:      7417

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jeet Manojvyas (Bankruptcy Specialist)          Date:  5/5/2026
       Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## WAIVER OF NOTICE OF CLAIM

Consumer Portfolio Services, Inc., ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from motor vehicle retail installment contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

CONSUMER PORTFOLIO SERVICES, INC.
Consumer Portfolio Servicing
Cns Port Svc
Consumer Portfoilio Services
Consumer Portfolio
Consumer Portfolio Finance
Consumer Portfolio Serv
CONSUMER PORTFOLIO SERVICE
Consumer Portfolio Svcs.
Consumer Portfolio Svs
CPS
CPS Auto Loan
CPS Loan Servicing Center
CPS, Inc.
CPS/Consumer Portfolio Svc

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the 16th day of November, 2018.

Transferor: Consumer Portfolio Services, Inc

By: _____

Name: Chris Terry
Title: Senior Vice President