_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN RE:**                                                      **CHAPTER 13**
**MELISSA SUSAN SIMMONS**

**ANDREW GARRETT SIMMONS**                      **CASE NO. 25-51618-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
### ANDREW GARRETT SIMMONS (SSN# XXX-XX-3360)

THE ORDER **(Dkt. 59)** heretofore entered in these proceedings by which Debtor's employer:

**JOHN FAYARD TRUCKING**
**ATTN: PAYROLL DEPT**
**10323 EXPRESS DR**
**GULFPORT, MS 39503**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**