**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN THE MATTER OF:**
MELISSA SUSAN SIMMONS
**ANDREW GARRETT SIMMONS**

**CHAPTER 13**
**CASE NO.: 25-51618 KMS**

**ORDER RELEASING WAGES OF**
**JOINT DEBTOR, ANDREW GARRETT SIMMONS (SSN # XXX-XX-3360)**

**THE ORDER (Dkt. 67)** heretofore entered in these proceedings by which the Debtor's employer:

**SOUTHERN TRUCK AND EQUIPMENT**
**6650 BOYKIN RD**
**THEODORE, AL 36582**

was directed to pay Joint Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**